UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RYAN LOUIS SANCHEZ**,

    Plaintiff,

v.                      No. 13cv1074 KG/RHS

**MARK LOUIS SANCHEZ,**

    Defendant.

## FINAL ORDER

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's Complaint, which is filed concurrently,

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**DATED** this 15$^{tj}$ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

1